UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 FEB 11 PM 2:53

CLERK

BY_____
DEPUTY CLERK

WCW, INC.,                                              )
                                                       )
        Plaintiff,                                     )
                                                       )
        v.                                             )        Case No. 5:19-cv-243
                                                       )
ATLANTIS INDUSTRIES, INC. and                          )
KEVIN DYEVICH,                                         )
                                                       )
        Defendants/Counter-Claimants/Third             )
        -Party Plaintiffs,                             )
                                                       )
                                                       )
        v.                                             )
                                                       )
M.P.L., LTD, BAHAMAS; M.P.L., INC.,                    )
BELIZE; JOHN M. WILKINSON and                          )
WCW, INC.,                                             )
                                                       )
        Third-Party Defendants, Counter-               )
        Claim Defendants.                              )

## ENTRY ORDER

Following a conference with the court on February 11, 2021, the court orders as follows:

1.  If any party seeks arbitration on any issue in this case, a motion to compel arbitration

    shall be filed not later than March 15, 2021.  The court will treat a decision not to

    seek arbitration by this deadline as a waiver of any right to arbitration.

2.  The parties shall confer about their discovery requirements and file a proposed case

    management order with the court not later than March 15, 2021.  The order shall

    identify potentially dispositive motions and a deadline for their submission to the

    court.

2

3.  The court will set a follow-up conference in three months to review progress in the

    case.

Dated at Rutland, in the District of Vermont, this 11th day of February, 2021.

Geoffrey W. Crawford, Chief Judge
United States District Court